## Mary R. Pike et al., Heirs, Appellants, v. S. Engler, Appellee.

### Gen. No. 24,192. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. SHERIDAN E. FRY, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action by Mary R. Pike, Eugene S. Pike, William W. Pike and Charles B. Pike, heirs of Eugene S. Pike, deceased, plaintiffs, against S. Engler, defendant, to recover rent. There was judgment by confession under power of attorney in the lease which, on motion supported by affidavits, was opened and on a trial there was a verdict for defendant and a judgment *nil capiat*, from which plaintiffs appeal.

ADAMS, CREWS, BOBB & WESCOTT, for appellants.

LEON A. BEREZNIAK and RANKIN, DITTUS & LESEMANN, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. LANDLORD AND TENANT, § 325*—*when shown that rent was paid by written agreement waiving rent.* In an action to recover rent, evidence *held* to show that such rent was paid by a written agreement between the parties whereby plaintiff waived the rent in consideration of a release from defendant of liability for damages for failure of plaintiff to make certain repairs within the time agreed by the lease.

2. PRINCIPAL AND AGENT, § 144*—*when agent has authority to bind owner by agreement releasing tenant from liability for rent.* An agent or manager who acts as such for the owner of an office building, whose name is on the building as such, who had been in the owner's employ for 10 years, had made the lease to a tenant on behalf of the owner and with whom the tenant transacted all of his business as tenant, has authority to bind the owner by an agreement releasing the tenant from liability for a part of the rent in consideration of a release of the owner by the tenant from liability for a failure to make certain repairs called for by the lease.